# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of Pennsylvania

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | MDL DOCKET NO. 875 |
| LIABILITY LITIGATION | : | |
| ALL ACTIONS | : | |
| (See attached schedule for case list) | : | |

## **TRANSFER ORDER NO. 1217**

Pursuant to the Order of the Judicial Panel on Multidistrict Litigation transferring the case(s) to the Eastern District of Pennsylvania, to be consolidated into MDL No. 875, the Court hereby **ORDERS** the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferor Court, to initiate the procedures for the transfer of the case(s) from the District Court for the Northern District of California, the Transferor Court, in accordance with the terms of this Courts's Administrative Order No. 11, a copy of which is attached hereto.

**AND IT IS SO ORDERED.**

s/EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO, J.**

Date: 8–17–12